# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUN 26 PM 12:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

HARCO NATIONAL INSURANCE COMPANY

vs

THE AUTOMOTIVE GROUP, INC.; NORTH COUNTY FORD, INC.; UNIVERSAL UNDERWRITERS INSURANCE COMPANY; LAKE ELSINORE FORD, INC.; JAMES E. CROWLEY; JOSEPH WEIR; JEFF FRIEDSTEDT; SEAN CROWLEY, SCOTT CROWLEY; MICHAEL KOSAKOWSKI; MARSHAL KENNY; DUSAN POPOVIC; JEFFREY QUADE; and DOES 1 through 10, inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1098 JLS AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mark W. Flory, Esq.
Michael C. Denlinger, Esq.
James K. Lo, Esq.
HARRINGTON, FOXX, DUBROW & CANTER
1055 West Seventh Street, 29th Floor
Los Angeles, CA 90017-2547
T: (213) 489-3222 F: (213) 683-4835
E: mflory@hfdclaw.com; mdenlinger@hfdclaw.com; jlo@hfdclaw.com

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 26 2008
DATE

By C. PUTTMANN , Deputy Clerk